# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  v.  **DAVID BARTSCH,**  Defendant. | **Case No. 2:11CR18**  **Judge Peter C. Economus**  **ORDER ADOPTING REPORT AND RECOMMENDATION** |

This matter is before the Court upon the Magistrate Judge's Report and Recommendation that the Court **ACCEPT** Defendant David Bartsch's ("Defendant") plea of guilty and enter a finding of guilty against Defendant. (Dkt. # 9.)

On January 27, 2011, the Government filed an Information against Defendant. (Dkt. # 1.) On February 17, 2011, Defendant executed a Consent to Plead Guilty Before a U.S. Magistrate Judge. (Dkt. # 8.) Also on February 17, 2011, a hearing was held in which Defendant entered a plea of guilty to Count One of the Information, negligently failing to report all instances of noncompliance with a permit in a Clean Water Act report, in violation of 33 U.S.C. § 1319(c)(1). The Magistrate Judge received Defendant's guilty plea and issued a Report and Recommendation ("R&R"), recommending that this Court accept the plea and enter a finding of guilty. (Dkt. # 9.)

Neither party objected to the Magistrate Judge's R&R in the fourteen (14) days after it was issued. On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant was found to be competent to enter a plea. Defendant understood his constitutional rights. He is aware of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds that the plea was entered knowingly, intelligently, and voluntarily. Defendant's plea of guilty is approved.

2

Therefore, Defendant is adjudged guilty of violating 33 U.S.C. § 1319(c)(1). The sentencing hearing will be scheduled by separate notice from the Clerk.

**IT IS SO ORDERED**.

**/s/ Peter C. Economus  -  March 10, 2011**
**UNITED STATES DISTRICT JUDGE**